UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARILU CARD,<br>    Plaintiff | ) CIVIL ACTION NO.<br>) 3:17-CV-1650-MPS<br>) |
| v. | )<br>) |
| THE BARBERINO BROTHERS,<br>INCORPORATED, d/b/a<br>BARBERINO NISSAN<br>    Defendant | )<br>)<br>)<br>) |
| | ) JULY 9, 2018 |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Marilu Card, through her attorney, and the defendant, The Barberino Brothers, Inc. d/b/a Barberino Nissan, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

                PLAINTIFF, MARILU CARD

                By: /s/ *Daniel S. Blinn*
                      Daniel S. Blinn (ct02188)
                      dblinn@consumerlawgroup.com
                      Consumer Law Group, LLC
                      35 Cold Spring Rd. Suite 512
                      Rocky Hill, CT  06067
                      Tel. (860) 571-0408
                      Fax. (860) 571-7457

DEFENDANT, THE BARBERINO BROTHERS,
INCORPORATED, d/b/a BARBERINO NISSAN

By: /s/ *Charles E. Vermette, Jr.*
      Charles E. Vermette, Jr. (ct07434)
      Litchfield Cavo LLP
      82 Hopmeadow Street, Suite 210
      Simsbury, CT 06089
      Tel: (860) 413-2800
      Fax: (860) 413-2801
      vermette@litchfieldcavo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ *Daniel S. Blinn*
      Daniel S. Blinn